# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JAMES A. TAYLOR,
   Plaintiff

  v.             CASE NUMBER: 05-C-1110

OFFICER ECKSTEIN, OFFICER DELUE,
and GREG OSTERN,
   Defendants

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the plaintiff's motion for dismissal without prejudice is granted.

  **IT IS FURTHER ORDERED** that this action is dismissed.

| | |
|---|---|
| March 30, 2006 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |